DANIEL J. BRODERICK, #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JORGE LUIS CARDEN-REYNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:11-CR-00017 LJO |
| Plaintiff, | STIPULATION TO CONTINUE MOTIONS SCHEDULE AND HEARING; ORDER |
| v. | Date:  August 19, 2011 |
| JORGE LUIS CARDEN-REYNA, | Time:  10:30 AM |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the motions hearing now set for July 8, 2011, **may be continued to August 19, 2011, at 10:30 A.M.**, and that a new motions schedule be set as follows:

| Event: | Present Date: | Requested New Date: |
|---|---|---|
| Motions Due | June 10, 2011 | July 22, 2011 |
| Responses Due | July 1, 2011 | August 8, 2011 |
| Hearing | July 8, 2011 - 10:30 A.M. | August 19, 2011 - 10:30 A.M. |

This continuance is requested by counsel for the defendant. Discovery in this matter is extensive. Defense counsel has been preparing for, and been in, trial and needs additional time to complete review of the discovery and prepare and file any appropriate motions on defendant's behalf.   The requested continuance will conserve time and resources

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for further defense
3  preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice will be served by a
4  continuance.

BENJAMIN B. WAGNER
United States Attorney

DATED: June 24, 2011        By:  /s/  Kathleen A. Servatius
                                 KATHLEEN A. SERVATIUS
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Public Defender

DATED: June 24, 2011        By:  /s/  Marc Days
                                 MARC DAYS
                                 Assistant Federal Defender
                                 Attorneys for Defendant
                                 Jorge Luis Carden-Reyna

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   June 29, 2011**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

Stipulation to Continue Motions Schedule
and Hearing; [Proposed] Order                    2