BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:11-CR-017 LJO |
| ) | |
| Plaintiff, ) | ORDER GRANTING GOVERNMENT'S REQUEST TO SUBMIT EXHIBITS IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION FOR DISCOVERY *IN CAMERA* AND *UNDER SEAL* |
| v. ) | |
| ) | |
| JORGE REYNA, et. al., ) | |
| ) | |
| Defendants. ) | DATE:   August 19, 2011 |
| ) | TIME:    10:30 a.m. |
| ) | HONORABLE Lawrence J. O'Neill |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, having requested permission to file the government's exhibits to its Opposition to the Defendant's Motion for Discovery *under seal* until further order of the Court and to submit them for the Court's review *in camera*, good cause appearing therefore;

IT IS HEREBY ORDERED that the Government's Exhibits to its Opposition to Defendant's Motion for Discovery shall be submitted to the Court *in camera* and filed *under seal* until further order of the Court.

IT IS SO ORDERED.

Dated:   August 8, 2011                          /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE

1