1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARC DAYS, CA Bar #184098
   Assistant Federal Defenders
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JORGE LUIS CARDEN-REYNA

                    IN THE UNITED STATES DISTRICT COURT

                    FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:11-cr-00017 LJO |
|---|---|---|
|              Plaintiff, | ) | STIPULATION TO CONTINUE MOTIONS |
| v. | ) | SCHEDULE AND HEARING; ORDER |
|   | ) | Date:  March 5, 2012 |
| JORGE LUIS CARDEN-REYNA, | ) | Time:  8:30 AM |
|   | ) | Judge: Hon. Lawrence J. O'Neill |
|              Defendant. | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the motions hearing now set for February 27, 2012, **may be continued to March 5, 2012, at 8:30 A.M.**, and that a new motions schedule be set as follows:

| **Event:** | **Present Date:** | **Requested New Date:** |
|---|---|---|
| Motions Due | February 3, 2012 | February 10, 2012 |
| Responses Due | February 17, 2012 | February 24, 2012 |
| Hearing | February 27, 2012 - 8:30 A.M. | March 5, 2012 - 8:30 A.M. |

This continuance is requested by counsel for the defendant to allow additional time for investigation and preparation in order to file appropriate motions on behalf of defendant Carden-Reyna. *Subsequent to filing the prior stipulation to continue the motions schedule, defense counsel recognized the need to obtain and review certain local court records related to individuals identified in affidavits in support of wiretaps.  Defense counsel requested the court records and was informed by court staff that the records are in storage.  Defense counsel needs additional time to receive and review these records and a*

*one week continuance will be sufficient.* Discovery in this matter is extensive and covers multiple years, states and investigations. There are a number of wiretaps and issues related to the wiretaps that require investigation and analysis in preparing an appropriate motion. The requested continuance will conserve time and resources for both counsel and the court. AUSA Kathleen Servatius has no objection to the requested continuance.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B), and that the interest of justice outweighs the interests of the public and the defendant in a speedy trial

                                              BENJAMIN B. WAGNER
                                              United States Attorney

DATED: February 2, 2012                  By: /s/ Kathleen A. Servatius
                                                   KATHLEEN A. SERVATIUS
                                                   Assistant United States Attorney
                                                   Attorney for Plaintiff

                                            DANIEL J. BRODERICK
                                            Federal Public Defender

DATED: February 2, 2012                  By: /s/ Marc Days
                                                 MARC DAYS
                                             Assistant Federal Defender
                                             Attorneys for Defendant
                                             Jorge Luis Carden-Reyna

## **O R D E R**

For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the interest of justice outweighs the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

**Dated: February 2, 2012**               /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE