```
DANIEL J. BRODERICK, #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JORGE LUIS CARDEN-REYNA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:11-cr-00017 LJO |
| Plaintiff, | ***AMENDED SEALING ORDER*** |
| v. | |
| JORGE LUIS CARDEN-REYNA, | Judge: Hon. Lawrence J. O'Neill |
| Defendant. | |

GOOD CAUSE APPEARING, the Court hereby orders that specific portions of *Defendant Jorge Luis Carden-Reyna's Motion to Suppress Fruits of Wiretaps, or In The Alternative, a Franks Hearing and Discovery; Exhibits,* be filed **under seal** until further order of the Court, as follows:

1. Page 2, line 11, commencing with the word "On" and continuing through line 13, including footnote 6.

2. Page 2, line 15, commencing with the word "On" and continuing through line 16, including footnote 7.

3. Page 3, line 4, commencing with the word "Agents" and continuing through line 6.

4. Page 7, line 2, commencing with the word "The" and continuing through line 4, ending with the word "¶25]."

5. Page 10, line 8, commencing with the word "Agents" and continuing through line 15.

///

6. Page 11, line 1, commencing with the word "On" and continuing through line 22, including footnotes 21 and 22, in their entirety.

7. Page 23, line 9, commencing with the word "Regarding" and continuing through line 11, ending with the words "(Bates 64)]."

8. Page 23, line 23, commencing with the word "The" and continuing through line 25, ending with the words "(Bates 70)]."

9. Page 24, line 7, commencing with the word "The" and continuing through Page 25, line 8.

10. Exhibit C-1

11. Exhibit C-2

12. Exhibit C-3

IT IS SO ORDERED.

**Dated:   February 13, 2012**                    /s/ Lawrence J. O'Neill
                                                             UNITED STATES DISTRICT JUDGE