BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | 1:11-CR-17 LJO |
| ) | |
| Plaintiff,   ) | ORDER CONTINUING MOTIONS HEARING |
| ) | AND EXTENDING TIME FOR FILING OF |
| ) | GOVERNMENT'S OPPOSITION TO |
| v.   ) | DEFENDANT'S MOTIONS |
| ) | (NOTE CHANGE OF TIME) |
| JORGE REYNA,   ) | |
| ) | |
| Defendants.   ) | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendant, by and through Marc Days, having stipulated and agreed that the hearing on this matter be continued to March 12 2012 at 8:30 am, and the government's opposition to the defendants' motions in this case be filed on or before March 2, 2012, and good cause appearing therefore,

ORDER

Good cause has been stated. The request is granted, EXCEPT that the hearing will be at 10:30 a.m.

IT IS SO ORDERED.

Dated:   February 28, 2012           /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

1