

BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 498-7272

FILED

MAR 19 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY   J. HELLINGS
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-CR-017 LJO |
| Plaintiff, | ORDER GRANTING GOVERNMENT'S REQUEST TO SUBMIT OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS EVIDENCE DERIVED FROM WIRE INTERCEPTIONS (CHALLENGE TO FEDERAL WIRE INTERCEPTIONS ONLY) *UNDER SEAL* AND TO SUBMIT EXHIBITS IN CAMERA |
| v. | |
| JORGE REYNA, et. al., | |
| Defendants. | DATE: March 26, 2012<br>TIME: 8:30 a.m.<br>HONORABLE Lawrence J. O'Neill |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, having requested permission to file the government's exhibits to its Opposition to the Defendant's Motion to Suppress *under seal* until further order of the Court and to submit Exhibits for the Court's consideration *in camera*, good cause appearing therefor,

IT IS SO ORDERED.

Dated: March 20, 2012

_____
Honorable Lawrence J. O'Neill
United States District Judge

1